Thaddeus J. Stauber (Bar No. 225518)
  tstauber@nixonpeabody.com
Kelly L. Kress (Bar No. 246368)
  kkress@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street, 46th Floor
Los Angeles, CA 90013
Phone: 213-629-6000
Fax: 213-629-6001
*Of Counsel:*
Harry Kelly (admitted *pro hac vice*)
  hkelly@nixonpeabody.com
NIXON PEABODY LLP
401 Ninth Street NW, Suite 900
Washington, DC 20004-2128
Telephone: 202-585-8000
Fax: 202-585-8080
*Attorneys for Plaintiffs*

Thomas O'Brien
  United States Attorney
Leon W. Weidman
  Assistant United States Attorney
  Chief, Civil Division
  Assistant United States Attorneys
David A. DeJute (Bar No. 153527)
  david.dejute@usdoj.gov
Richard M. Park (Bar No. 236173)
  richard.park@usdoj.gov
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213) 894-2574
Facsimile: (213) 894-7819
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, A STATE CHARTERED PUBLIC AGENCY, AND LOS ANGELES LOMOD CORPORATION, A CALIFORNIA 501(C)(3) NON-PROFIT CORPORATION,<br><br>             Plaintiffs,<br><br>    v.<br><br>SHAUN DONOVAN, in his capacity as SECRETARY, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, AND THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>             Defendants. | Case No. CV08-07763-AHM (MANx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

1                   ORDER GRANTING DISMISSAL WITH PREJUDICE

2

3     Upon stipulation of the parties, this Court hereby orders that this action is

4 dismissed with prejudice. Pursuant to the stipulation, each side shall bear its own

5 fees and costs.

6

7     It is so ordered.

8 Dated: June 04, 2009

9

10

11                                          By _____

12                                             Hon. Judge A. Howard Matz
                                                United States District Court Judge

13 **JS-6**